**Order entered November 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00704-CR

**LIONEL EUGENE MCALISTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-82326-2018**

## ORDER

Before the Court is court reporter Claudia Webb's November 8, 2019 second request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **TEN DAYS** of the date of this order. Ms. Webb is cautioned that further extensions will be disfavored.

/s/     BILL PEDERSEN, III
JUSTICE